UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60368-CIV-SEITZ/O'SULLIVAN

CARLOS URQUILLA DIAZ,

Plaintiff,

v.

KAPLAN UNIVERSITY a/k/a
IOWA COLLEGE ACQUISITION CORP;
KAPLAN HIGHER EDUCATION CORP.;
& ANDREW S. ROSEN,

Defendants.
_______________________________________________/

**DEFENDANTS' MOTION FOR WITHDRAWAL OF COUNSEL**

Defendants Kaplan University a/k/a Iowa College Acquisition Corp., Kaplan Higher Education Corp., and Andrew S. Rosen, by their undersigned counsel, respectfully move to withdraw Ana Laura Olman of the law firm of Akerman Senterfitt as counsel. Ana Laura Olman is no longer with the firm of Akerman Senterfitt. Defendants continue to be represented by Akerman Senterfitt.

Respectfully submitted,

By: Susan N. Eisenberg
Susan N. Eisenberg, Esq. (600393)
susan.eisenberg@akerman.com
Jennifer Taylor Williams, Esq. (0174203)
jennifer.williams@akerman.com
**AKERMAN SENTERFITT**
Attorneys for Defendants
One S.E. 3rd Avenue
25th Floor
Miami, FL 33131-1714
Phone: (305) 374-5600
Fax: (305) 374-5095

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that we electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following parties on the attached service list who is a registered CM/ECF attorney this 17th day of March, 2010.

Susan N. Eisenberg________________
Susan N. Eisenberg

**SERVICE LIST**
**Carlos Urquilla Diaz v. Kaplan University, et al.**
**Case No.: 08-60368-CIV-SEITZ/O'SULLIVAN**
**United States District Court, Southern District of Florida**

Susan N. Eisenberg, Esq.
susan.eisenberg@akerman.com
Jennifer Taylor Williams, Esq.
jennifer.williams@akerman.com
**AKERMAN SENTERFITT**
Attorneys for Defendants
One Southeast Third Avenue
Suite 2500
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

G. Ware Cornell, Esq.
**CORNELL & ASSOCIATES**
Attorney for Plaintiff
1792 Bell Tower Lane
Weston, FL 33326
Telephone: (954) 524-2703
Facsimile: (954) 524-2706
ware@warecornell.com
Served via CM/ECF

John W. Andrews, Esq.
jwa@1x.netcom.com
**ANDREWS LAW GROUP**
Attorney for Plaintiff
3220 Henderson Blvd.
Tampa, FL 33609
Telephone: (813) 877-1867
Facsimile: (813) 872-8298
Served via CM/ECF